# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

SCOTT A. WILLIAMS,
        Plaintiff,

   v.                                  Case No. 06-C-1051

MATTHEW FRANK,
ROBERT HUMPHREYS,
BRAD HOMPE, CAPTAIN ALDANA,
LT. CAIRA, TERESA WIEGAND,
RICK RAEMISCH, SANDRA HAUTAMAKI
and BRENDA LaBELLE,
        Defendants.

## ORDER

A review of this file discloses that defendants filed a motion for summary judgment on June 1, 2007. Defendants' motion does not include the text of Civil L.R. 7.1, 56.1, and 56.2 as required by this district's Local Rules. See Civil L.R. 56.1 (E.D. Wis.). I will provide defendants with time in which to bring their motion for summary judgment into compliance with the Local Rules, and provide plaintiff additional time to file his response.

**THEREFORE, IT IS ORDERED** that defendants shall cure the defects in their motion for summary judgment, as described herein, on or before **June 18, 2007**.

**IT IS FURTHER ORDERED** that plaintiff shall file a response to defendants' motion for summary judgment on or before **July 18, 2007**.

Dated at Milwaukee, Wisconsin, this 6 day of June, 2007.

/s                             
LYNN ADELMAN
District Judge

2